UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MARIO MARES VILLAGOMEZ,                   )
                                          )
                    Petitioner,           )
                                          )
            v.                            )        No. 1:26-cv-00089-SEB-KMB
                                          )
KRISTI NOEM Secretary, U.S Department of  )
Homeland Security,                        )
PAMELA BONDI Attorney General, U.S.       )
Department of Justice,                    )
SAMUEL OLSON Field Office Director, Chicago )
Field Office, Immigration and Customs     )
Enforcement,                              )
NATASHA DOUGLASS Jail Commander, Clinton  )
County Jail,                              )
                                          )
                    Respondents.          )

**ORDER**

The Court is in receipt of the parties' briefs, dkts. 15, 16, both filed on February 27, concerning the Court's jurisdiction to hear the merits presented in the motion to enforce, dkt. 12.

In responding to the question of whether this Court has jurisdiction to review the petitioner's challenge to the immigration judge's bond decision, the Respondents state that "the Petitioner has the right to appeal the bond order and that is his avenue for the arguments he presents." Dkt. 15 at 4. The petitioner proceeds under 28 U.S.C. 2241, which does not explicitly require him to exhaust administrative remedies before seeking judicial review, but the Court retains "sound judicial discretion" to dismiss a case for failure to exhaust. *See Gonzalez v. O'Connell*, 355 F.3d 1010, 1016 (7th Cir. 2004). The respondents imply that the Court should not rule on the motion because the petitioner failed to exhaust, and the petitioner has not addressed the issue at all.

1

Therefore, the Court **ORDERS** that Respondents will have through **March 20, 2026**, to present any argument why the Court should not rule on the petitioner's motion because he failed to exhaust administrative remedies. Petitioner will have through **March 30, 2026**, to reply.

**IT IS SO ORDERED.**

Date:      3/10/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nicole Provax
Kriezelman Burton & Associates
nprovax@krilaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov